IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:13-cv-00463-JRG-RSP |
| v. | § | |
| | § | |
| WAZE, INC., | § | |
| | § | |
| *Defendant.* | § | |

### ORDER GRANTING AGREED MOTION TO MODIFY DEADLINE

Before the Court is Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Waze, Inc. ("Waze") Agreed Motion for Extension of Time to file the parties proposed Protective Order (Dkt. No. 23).

After considering the motion, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Proposed Protective Order is extended to October 7, 2013.

**So ORDERED and SIGNED this 30th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE