# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS, LLC, § § *Plaintiff,* § § v. § § WAZE, INC., § § *Defendant.* § | Civil Action No. 2:13-cv-00463-JRG-RSP<br><br>Jury Trial Demanded |

## ORDER GRANTING AGREED MOTION TO MODIFY DEADLINE

Before the Court is Plaintiff LBS Innovations, LLC ("LBSI") and Defendant Waze, Inc. ("Waze") Agreed Motion for Extension of Time to file the parties proposed Protective Order. After considering the motion, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to submit the Proposed Protective Order is extended to October 21, 2013.

No further extension will be granted unless good cause is shown. The parties' agreement, standing alone, shall not constitute good cause.

**So ORDERED and SIGNED this 8th day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE