UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:13-cv-00463-JRG-RSP |
| v. | § § | Jury Trial Demanded |
| WAZE, INC., | § § | |
| Defendant. | § § | |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendant Waze, Inc. The undersigned is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned action on behalf of Waze.

Dated: October 28, 2013.       By: */s/ Michael A. Berta*
Michael A. Berta
ARNOLD &PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Phone: (415) 471-3100
Fax: (415) 471-3400
michael.berta@aporter.com

*Attorneys for Defendant Waze, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2013.

/s/ Michael A. Berta