UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LBS INNOVATIONS, LLC, | § |
| *Plaintiff,* | § § § |
| v. | § § Case No. 2:13-CV-463-JRG |
| WAZE, INC. | § JURY TRIAL DEMANDED § § |
| *Defendant.* | § § |

### ORDER GRANTING THE JOINT MOTION TO FILE UNDER SEAL PARTIES' JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The court having considered the Parties' Joint Motion to Seal their Joint Motion for Entry of Protective Order, finds that good cause having been shown, the Joint Motion to File Under Seal the Parties' Joint Motion for Entry of Protective Order should be granted. The Parties may file their Joint Motion for Entry of Protective Order under seal.

**So ORDERED and SIGNED this 30th day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE