**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LBS INNOVATIONS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:13-cv-00463-JRG-RSP |
| v. | § | |
| | § | Jury Trial Demanded |
| WAZE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned attorney hereby enters an appearance as additional counsel of record for

Defendant Waze, Inc.  The undersigned is authorized to receive service of all pleadings, notices,

orders and other papers in the above-captioned action on behalf of Waze.

Dated:  November 14, 2013          By:     */s/ Sean M. Callagy*
                                                    Michael A. Berta
                                                    michael.berta@aporter.com
                                                    Sean M. Callagy
                                                    State Bar No. 24062645
                                                    sean.callagy@aporter.com
                                                    ARNOLD &PORTER LLP
                                                    Three Embarcadero Center, 10th Floor
                                                    San Francisco, CA 94111
                                                    Telephone:  (415) 471-3100
                                                    Facsimile:  (415) 471-3400
                                                    michael.berta@aporter.com


                                                    J. Mark Mann
                                                    State Bar No. 12926150
                                                    G. Blake Thompson
                                                    State Bar No. 24042033
                                                    MANN | TINDEL | THOMPSON
                                                    300 West Main Street
                                                    Henderson, Texas 75652
                                                    Telephone:  (903) 657-8540
                                                    Facsimile:  (903) 657-6003

                                                    ***Attorneys for Defendant Waze, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 14, 2013.

*/s/ Sean M. Callagy*